THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>**RICHARD D. MAGESTRO**<br>**GLORIA E. MAGESTRO**<br><br>Debtors | Case No. 13-11384-BFK<br>Chapter 13 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the law firm of New Day Legal, PLLC, counsel for the above named Debtors, have filed a Motion to Reopen Bankruptcy Case and Memorandum.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney if you have one.**

**Pursuant to Local Rule 9013-1(H), Notice is hereby given that any objection to this Motion shall be made not later than three (7) days before the date of the hearing.**

If you do not wish the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below:

Suad Bektic                                          Clerk of the Court
98 Alexandria Pike, Suite 10                         U.S. Bankruptcy Court
Warrenton, VA 20186                                  200 S. Washington St.
                                                     Alexandria, VA 22314

**If a timely response is filed, a hearing will be held on January 7, 2020 at 1:30 p.m. in Judge Kenney's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, Virginia 22314.**

If you or your attorney do not take these steps, the court will decide that you do not oppose Motion.

Respectfully submitted,

New Day Legal, PLLC

/s/ Suad Bektic
Scott W. Carpenter, Esquire, VSB # 89057
John C. Morgan, Esquire VSB # 30148
Suad Bektic, Esquire VSB # 90012
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
(540) 349-3232
FAX: (888) 612-0943
sbektic@newdaylegal.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, a true copy of the foregoing Notice of Hearing was mailed, via first class postage paid, or served via the CM/ECF system, to all parties who are on the ECF system, or who have requested electronic notices.

/s/ Suad Bektic
Suad Bektic VSB # 90012