IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:
RICHARD D. MAGESTRO
GLORIA E. MAGESTRO,

CASE NO. 13-11384-BFK

Chapter 13

    Debtor.

_____/

MOTION TO SUBSTITUTE COUNSEL

COMES NOW, the Debtors RICHARD D. MAGESTRO and GLORIA E. MAGESTRO, by counsel, and moves this Honorable Court to withdraw Gary B. Fuller as counsel and substitute Suad Bektic, Esq. as counsel of record for the Debtors, in support of which Debtors consents to this Motion and Substitute Counsel also consents.

Respectfully submitted,

RICHARD D. MAGESTRO
GLORIA E. MAGESTRO
By Counsel

Dated: 1/5/2021

/s/ Gary B. Fuller
Gary B. Fuller (VSB 42132)
TATE BYWATER
2740 Chain Bridge Rd.
Vienna, VA 22181
(703) 938-5100 Tel.
(703) 991-0605 Fax

ENDORSEMENTS of:

_____
Richard D. Magestro
Debtor

_____
Gloria E. Magestro
Debtor

_____
Suad Bektic, Esq,
Substitute Counsel

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Motion, together with the attached consent Order was served on all parties registered to receive service through the Court's ECF system; and by regular first-class mail, postage prepaid, on this 5th day of January 2021 to the following:

Richard and Gloria Magestro
6849 Lochmere Dr.
Manassas, VA 20112

                                        _/s/ Gary B. Fuller_
                                        Gary B. Fuller (VSB 42132)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:
RICHARD D. MAGESTRO                                  CASE NO. 13-11384-BFK
GLORIA E. MAGESTRO,
                                                     Chapter 13
        Debtor.
_____/

CONSENT ORDER FOR SUBSTITUTION OF COUNSEL

THE COURT, having considered the request of the Debtors RICHARD D. MAGESTRO and GLORIA E. MAGESTRO, hereby notes the appearance of Suad Bektic, Esq., as counsel for the Debtors; and further

ORDERS that Gary B. Fuller, Esq., shall be and hereby is granted leave to withdraw as counsel for the Debtors.

Dated: _____                                    _____
                                                     United States Bankruptcy Judge

ENDORSEMENTS of

/s/ Gary B. Fuller
Gary B. Fuller, Esq.
Counsel for Debtor


SEEN AND Agreed
DocuSigned by:
*Richard D. Magestro*
─────C9A74F5G01254AE────
Richard D. Magestro
Debtor

SEEN AND _AGREED_

_/s/ Gloria E. Magestro_
Gloria E. Magestro
Debtor


SEEN AND _AGREED_

_/s/ Suad Bektic_
Suad Bektic, Esq,
Substitute Counsel


Copies to:

Thomas P. Gorman, Trustee, 300 N. Washington St. Ste 400, Alexandria, VA 22314-2550
Richard and Gloria Magestro, 6849 Lochmere Dr., Manassas, VA 20112
Suad Bektic, Esq, 98 Alexandria Pike, Suite 10, Warrenton, VA 20186