IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:
RICHARD D. MAGESTRO                                CASE NO. 13-11384-BFK
GLORIA E. MAGESTRO,

        Debtor.                                Chapter 13

_____/

CONSENT ORDER FOR SUBSTITUTION OF COUNSEL

THE COURT, having considered the request of the Debtors RICHARD D. MAGESTRO and GLORIA E. MAGESTRO, hereby notes the appearance of Suad Bektic, Esq., as counsel for the Debtors; and further

ORDERS that Gary B. Fuller, Esq., shall be and hereby is granted leave to withdraw as counsel for the Debtors.

Dated: Jan 11 2021                     /s/ Brian F Kenney
                                       United States Bankruptcy Judge

                                       Entered On Docket: January 11, 2021

ENDORSEMENTS of

   */s/ Gary B. Fuller*
Gary B. Fuller, Esq.
Counsel for Debtor


SEEN AND AGREED

  */s/ Richard D. Magestro*
Richard D. Magestro
Debtor


SEEN AND AGREED

 */s/ Gloria E. Magestro*

Gloria E. Magestro
Debtor


SEEN AND AGREED

 /s/ *Suad Bektic*
Suad Bektic, Esq,
Substitute Counsel


Copies to:

Thomas P. Gorman, Trustee, 300 N. Washington St. Ste 400, Alexandria, VA 22314-2550
Richard and Gloria Magestro, 6849 Lochmere Dr., Manassas, VA 20112
Suad Bektic, Esq, 98 Alexandria Pike, Suite 10, Warrenton, VA 20186